**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3693

_____

| | |
|---|---|
| Kenneth E. Richardson, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Western District of Missouri. |
| Kenneth S. Apfel, Commissioner of | * |
| Social Security Administration, | *          [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: February 27, 1998
Filed: March 4, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Kenneth E. Richardson appeals the district court's[1] order granting summary judgment to the Commissioner and affirming the Commissioner's decision denying Richardson supplemental security income. Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court for the reasons set forth in its memorandum and order. See 8th Cir. R. 47B.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.